No. 117—2387. Wilson v. Roots. In this case Roots filed his bill in chancery against Wilson, praying for the rescission of a certain contract for the assignment and transfer by Wilson to him, upon certain conditions, of $44,500 of the capital stock of the Wilson Sewing Machine Company, of Wallingford, Connecticut, in exchange for $40,000 of the bonds of said company. Wilson thereupon filed his answer and his cross-bill, praying for a specific performance of said contract; and on the final hearing, on pleadings and proofs, the court below dismissed the cross-bill for want of equity, and entered a decree in accordance with the prayer of the original bill. The court is of opinion that the contract in question is shown by the evidence to have been brought about to such a degree by misrepresentations and concealments on the part of Wilson as to material facts, as well by a sort of moral coercion on his part, as to render it unconscionable and therefore not a proper subject for specific performance. It also appears that Wilson failed to perform the contract on his part in various respects, and that his defaults were of such a character as of themselves warranted the decree of the court below, both upon the bill and cross-bill. Affirmed. Opinion PER CURIAM. Judge below, THOMAS A. MORAN (who took no part in the decision of this case). Attorneys, for appellant, Messrs. LEAMING & THOMPSON; for appellee, Messrs. PECKHAM & BROWN and Mr. THOMAS H. PEASE. Opinion filed July 21, 1886.